# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

IN RE:

**ACCUTANE PRODUCTS LIABILITY**

MDL 1626 - ALL CASES
Case No. 8:04-md-2523-T-30TBM

_____/

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. This Multi-District Litigation case was closed by the MDL Panel on August 4, 2015. No matters remain pending before this Court. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Clerk is directed to close this case in its entirety.

**DONE** and **ORDERED** in Tampa, Florida on August 20, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\MDL-Accutane\04-md-2523 close MDL case.wpd